# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 
 § 
KRIEGERMEIER, ELISABETH § Case No. 11-15121
KRIEGERMEIER, STEPHEN § 
 § 
         Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Robert B. Katz, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-15121   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | KRIEGERMEIER, ELISABETH | Date Filed (f) or Converted (c): 04/09/11 (f) |
| | KRIEGERMEIER, STEPHEN | 341(a) Meeting Date: 05/16/11 |
| For Period Ending: 03/31/13 | | Claims Bar Date: 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 391 W. Millers Rd., Des Plaines, IL 60016 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 75.00 | 0.00 | | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING | 1,829.81 | 0.00 | | 0.00 | FA |
| 8. Worker's compensation claim from 2009 incident. | 0.00 | 95,000.00 | | 95,000.00 | FA |
| 9. 2003 Mitsubishi, 2004 Mitsubishi | 8,000.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |
| TOTALS (Excluding Unknown Values) | $267,404.81 | $95,000.00 | | $95,000.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel settled a cause of action for personal injury to debtor.  Counsel recently discontinued pursuit of a
wrongful termination action. Trustee awaits clearance of check to allow for preparation of a TFR.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                          Ver: 17.01

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | ASSOCIATED BANK |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******6953 Checking Account |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 0.32 | | 0.32 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 26,311.35 | | 26,311.67 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 26,295.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.75 | 26,278.70 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 26,262.50 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.73 | 26,245.77 |
| 02/07/13 | 000101 | International Sureties, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | | 2300-000 | | 21.50 | 26,224.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.01 | 26,185.26 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.66 | 26,149.60 |
| 03/15/13 | 000102 | Blue Cross Blue Shield of Illinois 25552 Network Place Chicago, IL 60673 Attn: Crystal Gragg Corporate Reimbursement | | 4220-000 | | 10,000.00 | 16,149.60 |
| 03/22/13 | | Bank of America, N.A. Pheonix, AZ Deposit Services | | 9999-000 | 10,000.34 | | 26,149.94 |

Page Subtotals  36,312.01  10,162.07

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*  Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | ASSOCIATED BANK |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******6953  Checking Account |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 36,312.01 | 10,162.07 | 26,149.94 |
| | | | Less:  Bank Transfers/CD's | | 26,311.67 | 0.00 | |
| | | | Subtotal | | 10,000.34 | 10,162.07 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.34 | 10,162.07 | |

Page Subtotals     0.00     0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******2570 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/12 | 8 | American Family Insurance Group | Insurance settlement | 1149-000 | 95,000.00 | | 95,000.00 |
| 08/06/12 | 000101 | George J Jasinski<br>The Law Offices of George J. Jasinski<br>7330 W. College Dr.<br>Suite 101<br>Palos Heights, IL 60463 | | 3210-000 | | 25,690.20 | 69,309.80 |
| 08/06/12 | 000102 | Dallas National Insurance<br>Attn: Cecil B. Porter, III<br>c/o Koptka, Pinkus, Dolin & Fads<br>200 N. LaSalle St. Suite 2850<br>Chicago, IL 60601 | | 4220-000 | | 17,964.81 | 51,344.99 |
| * 08/06/12 | 000103 | Blue Cross Blue Shield of Illinois<br>2329 S. MacArthur Blvd<br>Springfield, IL 62704<br>Attn: Crystal Gragg<br>Attn: Corporate Remibursement | | 4220-003 | | 10,000.00 | 41,344.99 |
| 08/07/12 | | Transfer to Acct #*******2583 | Bank Funds Transfer | 9999-000 | | 41,344.99 | 0.00 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 0.32 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 0.32 | 0.00 |
| * 03/15/13 | 000103 | Blue Cross Blue Shield of Illinois<br>2329 S. MacArthur Blvd<br>Springfield, IL 62704<br>Attn: Crystal Gragg<br>Attn: Corporate Remibursement | VOID | 4220-003 | | -10,000.00 | 10,000.00 |
| 03/22/13 | | Bank Of America | BANK SWITCH DISBURSMENT | 9999-000 | | 10,000.00 | 0.00 |

Page Subtotals   95,000.32   95,000.32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******2570  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 95,000.32 | 95,000.32 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 41,345.31 | |
| | | | Subtotal | | 95,000.32 | 53,655.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 95,000.32 | 53,655.01 | |

Page Subtotals       0.00       0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******2583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/07/12 | | Transfer from Acct #*******2570 | Bank Funds Transfer | 9999-000 | 41,344.99 | | 41,344.99 |
| 08/07/12 | 000101 | Elisabeth Kriegermeier | DEBTOR'S EXEMPTION | 8100-000 | | 15,000.00 | 26,344.99 |
| | | 1710 Rand Rd | | | | | |
| | | Des Plaines, IL 60016 | | | | | |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 33.64 | 26,311.35 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,311.35 | 0.00 |

|  |  | COLUMN TOTALS | 41,344.99 | 41,344.99 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 41,344.99 | 26,311.35 | |
|  |  | Subtotal | 0.00 | 15,033.64 | |
|  |  | Less:  Payments to Debtors | | 15,000.00 | |
|  |  | Net | 0.00 | 33.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6953 | 10,000.34 | 10,162.07 | 26,149.94 |
| Money Market Account (Interest Earn - ********2570 | 95,000.32 | 53,655.01 | 0.00 |
| Checking Account (Non-Interest Earn - ********2583 | 0.00 | 33.64 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 105,000.66 | 63,850.72 | 26,149.94 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  41,344.99  41,344.99

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 11-15121 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | Bank Name: | BANK OF AMERICA |
|  | KRIEGERMEIER, STEPHEN | Account Number / CD #: | *******2583  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8626 |  |  |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Robert B. Katz, Trustee   Date: 03/29/13
ROBERT B. KATZ, TRUSTEE

|  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 29, 2013 |

Case Number: 11-15121  
Debtor Name: KRIEGERMEIER, ELISABETH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $13,022.00 | $0.00 | $13,022.00 |
| BOND 999<br>2300-00 | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $21.50 | $21.50 | $0.00 |
| 000001<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $2,180.31 | $0.00 | $2,180.31 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,984.76 | $0.00 | $1,984.76 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,363.04 | $0.00 | $2,363.04 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,151.58 | $0.00 | $5,151.58 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) PAYPAL SMART CONNECT or GEMB | $1,152.60 | $0.00 | $1,152.60 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (6-1) CARECREDIT/GECRB or GEMB | $3,842.00 | $0.00 | $3,842.00 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (7-1) CREDIT CARD DEBT | $4,875.19 | $0.00 | $4,875.19 |
| 000008<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (8-1) Unsecured Debt | $3,004.80 | $0.00 | $3,004.80 |
| 000009<br>070<br>7100-00 | US Departnment of Education<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 | Unsecured | (9-1) Modified on 3/16/12 to correct claim amount MM | $1,747.74 | $0.00 | $1,747.74 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 29, 2013 |

Case Number: 11-15121  
Debtor Name: KRIEGERMEIER, ELISABETH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $39,345.52 | $21.50 | $39,324.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-15121
Case Name: KRIEGERMEIER, ELISABETH
        KRIEGERMEIER, STEPHEN
Trustee Name: Robert B. Katz, Trustee

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Ira P. Goldberg | $ | $ | $ |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ | $ | $ |
| Other: International Sureties, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |
| 000007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000008 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |
| 000009 | US Departnment of Education Direct Loan Servicing Center PO BOX 5609 Greenville, TX 75403-5609 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE