UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KRIEGERMEIER, ELISABETH § Case No. 11-15121
KRIEGERMEIER, STEPHEN §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/23/2013 in Courtroom 644,
United States Courthouse
219 S. Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KRIEGERMEIER, ELISABETH § Case No. 11-15121
KRIEGERMEIER, STEPHEN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 95,000.32 |
| and approved disbursements of | $ | 68,850.72 |
| leaving a balance on hand of[1] | $ | 26,149.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 7,250.02 | $ 0.00 | $ 7,250.02 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 13,000.00 | $ 0.00 | $ 13,000.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 22.00 | $ 0.00 | $ 22.00 |
| Other: International Sureties, LTD. | $ 21.50 | $ 21.50 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 20,272.02 |
| Remaining Balance | $ 5,877.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,302.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ 2,180.31 | $ 0.00 | $ 487.25 |
| 000002 | Chase Bank USA, N.A. | $ 1,984.76 | $ 0.00 | $ 443.55 |
| 000003 | Chase Bank USA, N.A. | $ 2,363.04 | $ 0.00 | $ 528.09 |
| 000004 | Chase Bank USA, N.A. | $ 5,151.58 | $ 0.00 | $ 1,151.26 |
| 000005 | GE Capital Retail Bank | $ 1,152.60 | $ 0.00 | $ 257.58 |
| 000006 | GE Capital Retail Bank | $ 3,842.00 | $ 0.00 | $ 858.60 |
| 000007 | American Express Bank, FSB | $ 4,875.19 | $ 0.00 | $ 1,089.50 |
| 000008 | Quantum3 Group LLC as agent for | $ 3,004.80 | $ 0.00 | $ 671.51 |
| 000009 | US Department of Education | $ 1,747.74 | $ 0.00 | $ 390.58 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,877.92 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 11-15121-PSH
Elisabeth Kriegermeier                                         Chapter 7
Stephen Kriegermeier
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2                    Date Rcvd: Apr 09, 2013
                              Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
jdb/db        #+Elisabeth Kriegermeier,    Stephen Kriegermeier,    1710 Rand Rd,    Des Plaines, IL 60016-3510
17109338       American Express,    Boix 0001,    Los Angeles, CA 90096-8000
18480936       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18303928      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
18325180       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17109335       Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
19927215       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
17109339      +OCWEN Loan Servicing,    P.O. Box 6440,    Carol Stream, IL 60197-6440
17109337       Paypal Credit Svcs/GEMB,    PO Box 960080,    Orlando, FL 32896-0080
17109332       U.S. Dept. of Education,    Direct Loan Payment Center,    P.O. Box 530260,
                Atlanta, GA 30353-0260
18627510       US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                Greenville, TX 75403-5609
17109334      +Value City Furniture,    PO Box 659704,    San Antonio, TX 78265-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18448982       E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:43     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17109333       E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2013 02:35:35     GE Money Bank,    PO Box 960061,
                Orlando, FL 32896-0061
17109336       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 10 2013 02:11:00     Kohl’s Payment Center,
                PO Box 2983,    Milwaukee, WI 53201-2983
18531290       E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2013 02:19:51
                Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                Kirkland, WA 98083-0788
19927216       E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:44
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
17109340      +E-mail/Text: group_legal@creditunion1.org Apr 10 2013 02:13:35     USA One National Credit Union,
                4749 Lincoln Mall Drive,    Matteson, IL 60443-3806
                                                                                              TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            DiMonte & Lizak, LLC
aty            Geroge J Jasinski
aty            Law Office of George J Jasinski
aty            Lois West
aty            Margherita M Albarello
aty            Popowcer Katten Ltd
                                                                                   TOTALS: 6, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: mgonzalez            Page 2 of 2              Date Rcvd: Apr 09, 2013
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2013 at the address(es) listed below:

          Alexander D. Marks    on behalf of Respondent    Golf Mill Ford amarks@burkelaw.com
          Bradley S Chelin    on behalf of Debtor Stephen   Kriegermeier bchelin@gmail.com
          Bradley S Chelin    on behalf of Joint Debtor Elisabeth    Kriegermeier bchelin@gmail.com
          Ira P Goldberg    on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
           phogan@dimontelaw.com
          Joel P Fonferko    on behalf of Creditor    Ocwen Loan Servicing, LLC ND-One@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com

                                                                                                                                                         TOTAL: 7