# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| KRIEGERMEIER, ELISABETH | § | Case No. 11-15121 |
| KRIEGERMEIER, STEPHEN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Robert B. Katz, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Elisabeth Kreigermeier |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | OCWEN Loan Servicing P.O. Box 6440 Carol Stream, IL 60197 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USA One National Credit Union 4749 Lincoln Mall Drive Matteson, IL 60443 | | | | | |
| | BLUE CROSS BLUE SHIELD OF ILLINOIS | | | | | |
| | DALLAS NATIONAL INSURANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| GEORGE J JASINSKI | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Express Boix 0001 Los Angeles, CA 90096-8000 |  |  |  |  |  |
|  | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | GE Money Bank PO Box 960061 Orlando, FL 32896-0061 |  |  |  |  |  |
|  | Kohl&apos;s Payment Center PO Box 2983 Milwaukee, WI 53201-2983 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paypal Credit Svcs/GEMB PO Box 960080 Orlando, FL 32896-0080 | | | | | |
| | U.S. Dept. of Education Direct Loan Payment Center P.O. Box 530260 Atlanta, GA 30353-0260 | | | | | |
| | Value City Furniture PO Box 659704 San Antonio, TX 78265-970 | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | CAPITAL ONE, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | US DEPARTNMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-15121 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | | | | Date Filed (f) or Converted (c): | 04/09/11 (f) |
| | KRIEGERMEIER, STEPHEN | | | | 341(a) Meeting Date: | 05/16/11 |
| For Period Ending: | 03/31/13 | | | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 391 W. Millers Rd., Des Plaines, IL 60016 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 75.00 | 0.00 | | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING | 1,829.81 | 0.00 | | 0.00 | FA |
| 8. Worker's compensation claim from 2009 incident. | 0.00 | 95,000.00 | | 95,000.00 | FA |
| 9. 2003 Mitsubishi, 2004 Mitsubishi | 8,000.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $267,404.81 | $95,000.00 | | $95,000.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel settled a cause of action for personal injury to debtor. Counsel recently discontinued pursuit of a
wrongful termination action. Trustee awaits clearance of check to allow for preparation of a TFR.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15121 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | Bank Name: | ASSOCIATED BANK |
| | KRIEGERMEIER, STEPHEN | Account Number / CD #: | *******6953 Checking Account |
| Taxpayer ID No: | *******8626 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 0.32 | | 0.32 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 26,311.35 | | 26,311.67 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 26,295.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.75 | 26,278.70 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 26,262.50 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.73 | 26,245.77 |
| 02/07/13 | 000101 | International Sureties, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | | 2300-000 | | 21.50 | 26,224.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.01 | 26,185.26 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.66 | 26,149.60 |
| 03/15/13 | 000102 | Blue Cross Blue Shield of Illinois 25552 Network Place Chicago, IL 60673 Attn: Crystal Gragg Corporate Reimbursement | | 4220-000 | | 10,000.00 | 16,149.60 |
| 03/22/13 | | Bank of America, N.A. Pheonix, AZ Deposit Services | | 9999-000 | 10,000.34 | | 26,149.94 |

Page Subtotals  36,312.01  10,162.07

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | ASSOCIATED BANK |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******6953 Checking Account |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 36,312.01 | 10,162.07 | 26,149.94 |
| | | | Less: Bank Transfers/CD's | | 26,311.67 | 0.00 | |
| | | | Subtotal | | 10,000.34 | 10,162.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.34 | 10,162.07 | |

Page Subtotals 0.00 0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-15121 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | Bank Name: | BANK OF AMERICA |
|  | KRIEGERMEIER, STEPHEN | Account Number / CD #: | *******2570  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8626 |  |  |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/31/12 | 8 | American Family Insurance Group | Insurance settlement | 1149-000 | 95,000.00 |  | 95,000.00 |
| 08/06/12 | 000101 | George J Jasinski | | 3210-000 |  | 25,690.20 | 69,309.80 |
| | | The Law Offices of George J. Jasinski | | | | | |
| | | 7330 W. College Dr. | | | | | |
| | | Suite 101 | | | | | |
| | | Palos Heights, IL 60463 | | | | | |
| 08/06/12 | 000102 | Dallas National Insurance | | 4220-000 |  | 17,964.81 | 51,344.99 |
| | | Attn: Cecil B. Porter, III | | | | | |
| | | c/o Koptka, Pinkus, Dolin & Fads | | | | | |
| | | 200 N. LaSalle St. Suite 2850 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| * 08/06/12 | 000103 | Blue Cross Blue Shield of Illinois | | 4220-003 |  | 10,000.00 | 41,344.99 |
| | | 2329 S. MacArthur Blvd | | | | | |
| | | Springfield, IL 62704 | | | | | |
| | | Attn: Crystal Gragg | | | | | |
| | | Attn: Corporate Remibursement | | | | | |
| 08/07/12 |  | Transfer to Acct #*******2583 | Bank Funds Transfer | 9999-000 |  | 41,344.99 | 0.00 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.32 |  | 0.32 |
| 08/30/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 0.32 | 0.00 |
| * 03/15/13 | 000103 | Blue Cross Blue Shield of Illinois | VOID | 4220-003 |  | -10,000.00 | 10,000.00 |
| | | 2329 S. MacArthur Blvd | | | | | |
| | | Springfield, IL 62704 | | | | | |
| | | Attn: Crystal Gragg | | | | | |
| | | Attn: Corporate Remibursement | | | | | |
| 03/22/13 |  | Bank Of America | BANK SWITCH DISBURSMENT | 9999-000 |  | 10,000.00 | 0.00 |

|  |  | Page Subtotals | 95,000.32 | 95,000.32 |
|---|---|---|---|---|

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******2570  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 95,000.32 | 95,000.32 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 41,345.31 | |
| | | | Subtotal | | 95,000.32 | 53,655.01 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 95,000.32 | 53,655.01 | |

Page Subtotals          0.00            0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15121 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | | Account Number / CD #: | *******2583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8626 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/07/12 | | Transfer from Acct #*******2570 | Bank Funds Transfer | 9999-000 | 41,344.99 | | 41,344.99 |
| 08/07/12 | 000101 | Elisabeth Kriegermeier | DEBTOR'S EXEMPTION | 8100-000 | | 15,000.00 | 26,344.99 |
| | | 1710 Rand Rd | | | | | |
| | | Des Plaines, IL 60016 | | | | | |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 33.64 | 26,311.35 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,311.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 41,344.99 | 41,344.99 | 0.00 |
| Less: Bank Transfers/CD's | 41,344.99 | 26,311.35 | |
| Subtotal | 0.00 | 15,033.64 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 33.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6953 | 10,000.34 | 10,162.07 | 26,149.94 |
| Money Market Account (Interest Earn - ********2570 | 95,000.32 | 53,655.01 | 0.00 |
| Checking Account (Non-Interest Earn - ********2583 | 0.00 | 33.64 | 0.00 |
| | 105,000.66 | 63,850.72 | 26,149.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    41,344.99    41,344.99

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15121 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | KRIEGERMEIER, ELISABETH | Bank Name: | BANK OF AMERICA |
| | KRIEGERMEIER, STEPHEN | Account Number / CD #: | *******2583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8626 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/ Robert B. Katz, Trustee   Date: 03/29/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals        0.00        0.00

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 15)